### AMERICAN STATES INSURANCE COMPANY *v.* ALLSTATE INSURANCE COMPANY

The defendant's cross petition for certification for appeal from the Appellate Court, 94 Conn. App. 79 (AC 25913), is denied.

*William J. Melley III*, in support of the cross petition.

*John W. Lemega* and *Aubrey E. Ruta*, in opposition.

Decided April 12, 2006

### MICHAEL A. MAZZUCA *v.* JAMES F. SULLIVAN, COMMISSIONER OF TRANSPORTATION, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 94 Conn. App. 97 (AC 26044), is denied.

*David P. Burke*, in support of the petition.

*April Haskell* and *Adam J. LaFleche,* in opposition.

Decided April 12, 2006